In re Payne, Marshall; — Plaintiff; Applying for Supervisory and/or Remedial *590 Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. I, Nos. 11-87-630, 2-87-1127; to the Court of Appeal, First Circuit, No. 99 KW 2033.
Denied. La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La. C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.
JOHNSON, J., not on panel.